IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY eg  D.C.
05 MAY 13  AM 8: 53

ROBERT ...
CLERK...
W.D. OF TN, MEMPHIS

| | |
|---|---|
| GREGORY and LILLIETTE SMITH; and BURLEAN and JOHN LEATHERWOOD, on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION; NORTH DAKOTA; GRMT MORTGAGE LOAN TRUST 2001-1; and J P MORGAN CHASE BANK, individually, and as representatives of a class of assignees,<br><br>    Defendants. | No.    03-2509-D/V |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO J P MORGAN CHASE BANK

Pursuant to the parties' stipulation advising the Court that all matters in controversy and dispute have been settled, compromised and resolved, and stipulating that the complaint and all causes of action against defendant J P Morgan Chase Bank be dismissed with prejudice, the Court hereby dismisses this action with prejudice as to the said defendant, noting that the action has been previously dismissed with prejudice as to the other two defendants. Any court costs are hereby assessed to defendant.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 05-18-05



IT IS SO ORDERED THIS _12th_ DAY OF _May_, 2005.

_/s/ Bernice Bouie Donald_
Bernice B. Donald
United States District Court Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:03-CV-02509 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Kevin L. Oufnac
RICHARDSON PATRICK WESTBROOK & BRICKMAN, L.L.C.
P.O. Box 879
Mount Pleasant, SC 29464

Lee J. Bloomfield
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Eric G. Calhoun
LAWSON FIELDS MCCUE LEE & CAMPBELL
14135 Midway Rd.
Ste. 250
Addison, TX 75001

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Daniel O. Myers
RICHARDSON PATRICK WESTBROOK & BRICKMAN, L.L.C.
P.O. Box 879
Mount Pleasant, SC 29464

Honorable Bernice Donald
US DISTRICT COURT